**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN BREAULT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>        Defendant. | Civil Action No.:  1:20-cv-11594 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Justin Breault hereby dismisses without prejudice all claims against Defendant NBCUniversal Media, LLC.

Dated:  West Hartford, Connecticut      _/s/  James J. Reardon, Jr._
   August 26, 2020         James J. Reardon, Jr.

**REARDON SCANLON LLP**

James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
Email:  james.reardon@reardonscanlon.com

_Attorneys for Plaintiff_

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


  /s/ James J. Reardon, Jr.
James J. Reardon, Jr.